■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOBBY R. MCCLINTON, Appellant. [767 NYS2d 318] —Judgment

unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Jefferson County Court, Martusewicz, J.—Attempted Robbery, 3rd Degree). Present—Pigott, Jr., P.J., Green, Pine and Wisner, JJ.